IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **v.** | : | **Case No. ELH-20-0326** |
| | : | |
| **SHON BECK** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION FOR LEAVE TO FILE SEALED MATERIALS

Mr. Shon Beck, by counsel, hereby moves to seal his *Consent Letter Motion Requesting a Hearing* and the attachment in this case. The privacy interests attendant to this material outweighs any public interest in its disclosure.

WHEREFORE, Mr. Beck requests that the *Consent Letter Motion Requesting a Hearing* and the attachment placed under seal.

                                                Respectfully submitted,

                                                JAMES WYDA
                                                Federal Public Defender
                                                for the District of Maryland

                                                _____/S/_____
                                                JOANNA SILVER
                                                Assistant Federal Public Defender
                                                Office of the Federal Public Defender
                                                6411 Ivy Lane, Suite 710
                                                Greenbelt, Maryland  20770
                                                (301) 344-0600
                                                (301) 344-0019(fax)
                                                joanna_silver@fd.org

Date: May 28, 2021