**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND  20770
TEL: (301) 344-0600
FAX: (301) 344-0019
TOLL FREE: (888) 387-3384

**JAMES WYDA**  **JOANNA SILVER**
FEDERAL PUBLIC DEFENDER  ASSISTANT FEDERAL PUBLIC DEFENDER
Direct Dial:  (301) 344-2319
E-mail:  joanna_silver@fd.org

June 15, 2021

The Honorable Ellen L. Hollander
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

    Re:    <u>July 8, 2021 Hearing Procedure</u>
            *United States v. Shon Beck*
            Case No. ELH-20-0326

Dear Judge Hollander:

    I write on behalf of the parties regarding the July 8, 2021 hearing in the above-captioned case.  The court set this hearing in response to the May 28, 2021 letter motion in which Mr. Beck asked the court to strike its finding of incompetence and proceed to sentencing.  Given the unusual nature of both the request and the procedural history of this case, the parties wanted to address the procedure for the hearing with the court in advance.

    The parties agree that proceeding based on the expert reports previously filed in this case should be sufficient for the court to revisit the issue of competency, particularly given that the court made its initial competency finding based on those reports.  However, if the court would prefer, undersigned counsel can have her expert available to testify.  In addition, the parties have no objection to some degree of questioning of Mr. Beck by the court, related to his ability to understand the proceedings.

    Thank you for your consideration of these matters.

                              Sincerely,

                              /s/
                            JOANNA SILVER
                            Assistant Federal Public Defender

cc:  Paul Budlow, AUSA